UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AEJA KIM FURRER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 1:12-CV-1244-TWP-TAB |
| ) | |
| WAL-MART STORES, INC., ) | |
| WAL-MART STORES EAST, LP, ) | |
| WAL-MART SUPERCENTER #995, ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff and Defendants, by their respective counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal *with prejudice* of Plaintiff's Complaint, against Defendants, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s Chad D. Wuertz | /s Peter T. Tschanz |
| Chad D. Wuertz | Susan M. Zoeller |
| Donald B. Kite | Peter T. Tschanz |
| **WUERTZ LAW OFFICE, LLC** | **BARNES & THORNBURG LLP** |
| 210 Victoria Centre | 11 South Meridian Street |
| 22 East Washington Street | Indianapolis, Indiana 46204 |
| Indianapolis, IN 46204 | Telephone:  (317) 236-1313 |
| Telephone: (317) 423-1200 | Facsimile:  (317) 231-7433 |
| Facsimile:  (317) 423-1202 | Email: susan.zoeller@btlaw.com |
| Email:  chad@wuertzlaw.com | peter.tschanz@btlaw.com |

*Attorneys for Plaintiff*             *Attorneys for Defendants*