UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AEJA KIM FURRER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case Number: 1:12-CV-1244-TWP-TAB |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| WAL-MART SUPERCENTER #995, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

This matter has come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, Aeja Kim Furrer, and Defendants, Wal-Mart Stores, Inc, Wal-Mart Stores East, LP, and Wal-Mart Supercenter #995, and the Court having considered the same and being otherwise duly advised in the premises, now finds that said Stipulation should be approved.

IT IS, THEREFORE, ORDERED that this cause is hereby dismissed, with prejudice, with both parties to bear their own attorney's fees and costs.

DATED: 08/19/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution To:

Susan M. Zoeller
Peter T. Tschanz
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
E-mail:  susan.zoeller@btlaw.com
           Peter.tschanz@btlaw.com

Chad D. Wuertz
Donald B. Kite
**WUERTZ LAW OFFICE, LLC**
210 Victoria Centre
22 East Washington Street
Indianapolis, IN 46204
Telephone:  (317) 423-1200
Facsimile:   (317) 423-1202
Email:  chad@wuertzlaw.com
           don@wuertzlaw.com